

# Fourth Court of Appeals
## San Antonio, Texas

July 17, 2017

No. 04-16-00767-CV

**BENEVOLENT HOSPICE, LLC**,
Appellant

v.

Joslynn **RATCLIFFE**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-07893
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

   Appellant has filed a motion to dismiss this appeal. In January 2017, after appellant filed a suggestion of bankruptcy, we abated this appeal and removed the case from the court's active docket. Our order stated the appeal would be reinstated upon proper motion and proof. *See* TEX. R. APP. P. 8.2, 8.3. Appellant has not filed a motion to reinstate or shown "the bankruptcy court has lifted or terminated the stay." *See id.* R. 8.3(a). We therefore take no action on the motion. If this appeal is reinstated, the motion to dismiss will be deemed filed on the date of reinstatement. *See id.* R. 8.2

_____
Luz Elena D. Chapa, Justice

   IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of July, 2017.

_____
Luz Estrada
Chief Deputy Clerk